UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL No. : 18-10142

UNITED STATES OF AMERICA
v.
HECTOR GUARDIOLA

---

**DEFENDANT'S MOTION FOR THE ADMISSION OF THE CRIMINAL RECORD OF HECTOR GUARDIOLA, THE ALLEGED VICTIM.**

The defendant moves this Honorable Court, pursuant to F.R.Evid. 404(a) (3) (2) to permit the defendant to introduce the criminal record as evidence that the Hector Guardiola, the purported victim had a motive and opportunity to make the false statement which is at issue in this case. The government has not provided the criminal record and a motion for discovery is filed with this motion. The defendant reserves further argument in defense of this motion, until after such information is received.

WHEREFORE: The defendant moves this Court to permit his examination on his criminal record.

Respectfully Submitted,
By His Attorney,
   /s/ Lenore Glaser_____                    July 9, 2019
Lenore Glaser, Esq. B.B.O. # 194220
45 Bromfield Street, Suite 500
Boston, MA. 02110
617 753-9988
lglaser@glaser-law.com

**CERTIFICATE OF SERVICE**

**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on: July 9, 2019.**

**/s/ Lenore Glaser**